# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

IPA Acquisitions, Inc.,

Plaintiff-Appellant,

                                     **ORDER**
    v.                               Docket No. 14-4040

Insurance Company of the Americas, Frederick Glenn Carrol, Robert Gerald Morley, John Christopher Iorillo, Gary Thornley Hirst,

Defendants-Appellees.

_____

    Appellant moves for removal of this case from the Court's expedited appeals calendar or for an extension of time until January 28, 2015 to file Appellant's brief and appendix.

    IT IS HEREBY ORDERED that the motion for removal of this case from the Court's expedited appeals calendar is GRANTED. However, the appeal is dismissed effective January 28, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                     For the Court:

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court

